JOSEPH S. FRELINGHUYSEN, APPELLANT, v. STATE HIGH-
WAY COMMISSION, RESPONDENT.

Argued May 25, 1931—Decided February 1, 1932.

For the appellant, *McDermott, Enright & Carpenter.*

For the respondent, *William A. Stevens, George T. Vickers*
and *William H. Bacon, Jr.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Lloyd in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, BODINE, DALY, VAN
BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ.   8.

*For reversal*—None.

*For modification*—CAMPBELL, DONGES, JJ.   2.